# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| **SKYRUNNER, LLC** | **CIVIL ACTION NO. 5:19-cv-00049** |
| **VERSUS** | **JUDGE JERRY EDWARDS, Jr.** |
| **LOUISIANA MOTOR VEHICLE COMMISSION, ET AL** | **MAGISTRATE JUDGE HORNSBY** |

## JOINT MOTION TO DISMISS WITH PREJUDICE

**NOW INTO COURT**, through undersigned counsel, come Skyrunner, LLC ("Skyrunner") and Louisiana Motor Vehicle Commission ("LMVC"), who respectfully represent that all claims and demands asserted by Skyrunner in its Complaint and all Amended and Restated Complaints have been resolved and, therefore, Skyrunner and the LMVC move this Honorable Court to dismiss this suit in its entirety with prejudice with each party to bear its own costs.

**WHEREFORE**, Skyrunner, LLC and the Louisiana Motor Vehicle Commission ("LMVC"), respectfully prays that this Honorable Court enter an Order as prayed for herein.

Shreveport, Louisiana this 21st day of August, 2025.

Respectfully Submitted,

BLANCHARD, WALKER, O'QUIN & ROBERTS
(*A Professional Law Corporation*)

By: */s/ Calvin J. Combs*
Daniel J. Baker, La. Bar #31612
Calvin J. Combs, La. Bar #40734

333 Texas Street-Regions Tower-Suite #700 (71101)
P.O. Drawer 1126 (71163)
Shreveport, Louisiana
318/221-6858
Fax: 318/227-2967
Emal: dbaker@bwor.com
ccombs@bwor.com

AND

Seale & Ross, P.L.C.
/s/ *Glen R. Galbraith*
Glen R. Galbraith, #23087
Cameron D. Robichaux, #39316
200 North Cate Street
Hammond, LA 70401
(985) 542-8500
Fax (985) 542-4111

ATTORNEYS FOR PLAINTIFF, SKYRUNNER, LLC

AND

Greenberg & LaPeyronnie, LLC
/s/ *Adrian F. LaPeyronnie*
Adrian F. LaPeyronnie#14118
848 Second Street, Suite 200
Gretna, Louisiana 70053
504-366-8118
alapeyronnie@glnolalaw.com

ATTORNEY FOR DEFENDANTS – COLLECTIVELY "LOUISIANA MOTOR VEHICLE COMMISSION"

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

**SKYRUNNER, LLC**                                 **CIVIL ACTION NO. 5:19-cv-00049**

**VERSUS**                                                     **JUDGE JERRY EDWARDS, Jr.**

**LOUISIANA MOTOR VEHICLE**
**COMMISSION, ET AL**                                     **MAGISTRATE JUDGE HORNSBY**

## ORDER

The Court having considered the foregoing Joint Motion to Dismiss with Prejudice ("Motion"):

**IT IS HEREBY ORDERED** that the Joint Motion to Dismiss with Prejudice is **GRANTED.**

THUS DONE AND SIGNED, in Alexandria, Louisiana, this _____ day of _____, 2025.

                                                     _____
                                                     UNITED STATES DISTRICT JUDGE