# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| **SKYRUNNER, LLC** | **CIVIL ACTION NO. 5:19-cv-00049** |
| **VERSUS** | **JUDGE JERRY EDWARDS, Jr.** |
| **LOUISIANA MOTOR VEHICLE COMMISSION, ET AL** | **MAGISTRATE JUDGE HORNSBY** |

## ORDER

The Court having considered the foregoing Joint Motion to Dismiss with Prejudice (R. Doc. 147):

**IT IS HEREBY ORDERED** that the Joint Motion to Dismiss with Prejudice is **GRANTED** and that all claims against Defendants in the above captioned matter are hereby dismissed, with prejudice, each party to bear its own costs.

**THUS, DONE AND SIGNED** in Alexandria, Louisiana, this 22nd day of August, 2025.

_____
**JERRY EDWARDS, JR.**
**UNITED STATES DISTRICT JUDGE**